**No. 11-5556. Harold Stafford, Petitioner v. United States.**

565 U.S. 914, 132 S. Ct. 328, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 6157.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 639 F.3d 270.

**No. 11-5557. Lumir Leinard Medulan, Jr., Petitioner v. United States.**

565 U.S. 914, 132 S. Ct. 328, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 5916.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5558. Rodney Davis, Petitioner v. United States.**

565 U.S. 914, 132 S. Ct. 328, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 5944.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 422 Fed. Appx. 445.

**No. 11-5559. Johnathan Crocker, Petitioner v. United States.**

565 U.S. 914, 132 S. Ct. 328, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 5952.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 431.

**No. 11-5560. Steven Catalano, Petitioner v. United States.**

565 U.S. 914, 132 S. Ct. 328, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 5951.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 429 Fed. Appx. 943.

**No. 11-5562. Richard Cheny Herring, Petitioner v. United States.**

565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 6082.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 442 Fed. Appx. 298.

**No. 11-5567. Victor Eugene Mason, Petitioner v. United States.**

565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 5860.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 628 F.3d 123.

**No. 11-5569. Johnny Jones, Petitioner v. Burl Cain, Warden.**

565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 204, 2011 U.S. LEXIS 5859.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.